Laurence G. O'CONNOR

v.

Harry F. McKANNA et al.

No. 78–71–A.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Robert R. Afflick, West Warwick, William A. Gosz, Providence, for plaintiff.

Tillinghast, Collins & Graham, Edwin H. Hastings, Providence, for defendants.

ORDER

This case is assigned to the February, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why his appeal should not be dismissed in light of this court's ruling in *Slattery v. School Committee of Cranston*, 116 R.I. 252, 354 A.2d 741 (1976).

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

Joseph ROMANO et al.

v.

Salvatore MANCINI et al.

Nos. 78–276–A, 78–325–M.P.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Irving I. Zimmerman, Richard E. Kyte, Woonsocket, for plaintiffs.

Louis B. Rubinstein, Providence, for defendants.

ORDER

This case is assigned to the February, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why both his appeal and his petition for certiorari should not be denied and dismissed in view of the apparently adequate contractual and administrative remedies which were available to plaintiff.

DORIS, J., did not participate.

■

Margaret SCHERER

v.

B & Y REALTY CO. et al.

No. 79–403–A.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Milton Bernstein, Providence, for plaintiff.

Stephen A. Gordon, Ltd., Stephen A. Gordon, Frederick W. Stolle, Jr., Warwick, for defendants.

ORDER

The plaintiffs' motion to dismiss defendants' appeal is assigned to the motion calendar for Tuesday, February 5, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.